# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DOLLY Z. MALDONADO,

Appellant,

v.

ERNESTO MALDONADO,

Appellee.

No. 2D2024-1213

———————————————

November 14, 2025

Appeal from the Circuit Court for Pinellas County; Rebecca L. Hamilton, Judge.

Juan C. Mercado of Mercado Law, PLLC, Weston, for Appellant.

Jennifer M. Green and K. Dean Kantaras of K. Dean Kantaras, P.A., Palm Harbor, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.